NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5018

CHARLES BICE, Executor of the
Estate of MARTHA BICE,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Michael McGonnigal, Clinical Supervising Attorney, Columbus Community Legal Services, of Washington, DC, argued for plaintiff-appellee.

J. Reid Prouty, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director. Of counsel on the brief were Rafael A. Madan, General Counsel, and Jason P. Cooley and Scott A. Chutka, Attorney Advisors, Office of the General Counsel, Office of Justice Programs, United States Department of Justice, of Washington, DC.

Appealed from: United States Court of Federal Claims

Judge Lawrence M. Baskir

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5018

CHARLES BICE, Executor of the
Estate of MARTHA BICE,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

# Judgment

ON APPEAL from the     United States Court of Federal Claims

in CASE NO(S).     02-CV-784

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER and LOURIE, Circuit Judges and LINARES, District Judge.*)

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: July 12, 2007          /s/  Jan Horbaly
                              Jan Horbaly, Clerk

*       Honorable Jose L. Linares, District Judge, United States District Court for the District of New Jersey, sitting by designation.